# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

---------------------------------------------------------

| | | |
|---|---|---|
| GAMBRO RENAL PRODUCTS, INC., | : | CIVIL ACTION NO. |
| | : | 1:12-CV-10370-PBS |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| NxSTAGE MEDICAL, INC., | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Gambro Renal Products, Inc. and defendant NxStage Medical, Inc. hereby stipulate that they have settled the claims in this action and that this action should be dismissed <u>with prejudice</u> and without costs or attorney's fees.

Dated:  January 7, 2014

PLAINTIFF,
GAMBRO RENAL PRODUCTS, INC.

By its attorneys,

| | |
|---|---|
| /s/ Anthony M. Moccia | /s/ Richard S. Order |
| Anthony M. Moccia (BBO# 350225) | Richard S. Order (*pro hac vice*) |
| Eckert Seamans Cherin & Mellott, LLC | Jesse A. Langer (*pro hac vice*) |
| Two International Place, 16th Floor | Adam B. Marks (*pro hac vice*) |
| Boston, MA  02110-2602 | Updike, Kelly & Spellacy, P.C. |
| Tel. (617) 342-6800 | 100 Pearl Street, P.O. Box 231277 |
| Fax  (617) 342-6899 | Hartford, CT 06123-1277 |
| amoccia@eckertseamans.com | Tel. (860) 548-2600 |
| | Fax (860) 548-2680 |
| | rorder@uks.com |
| | jlanger@uks.com |
| | amarks@uks.com |

683927

DEFENDANT,
NxSTAGE MEDICAL, INC.

By its attorneys,

| /s/ Steven M. Bauer | /s/ Lawrence I. Weinstein |
|---|---|
| Steven M. Bauer (BBO #542531) | Lawrence I. Weinstein (*pro hac vice*) |
| Kimberly A. Mottley (BBO #651190) | Alexander Kaplan (*pro hac vice*) |
| Proskauer Rose LLP | Proskauer Rose LLP |
| One International Place | Eleven Times Square |
| Boston, MA  02110 | New York, NY  10036-8299 |
| (617) 526-9600 | (212) 969-3000 |
| sbauer@proskauer.com | lweinstein@proskauer.com |
| kmottley@proskauer.com | akaplan@proskauer.com |

SO ORDERED:

_____        _____
HON. PATTI B. SARIS                              DATE
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on the date hereof this document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                             */s/* Richard S. Order
                                             Richard S. Order (*pro hac vice*)